IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD A. DEVANCE,<br><br>   Plaintiff,<br><br> vs.<br><br>CITY OF OMAHA, TODD SCHMADERER, Chief of Police; SEAN GARDNER, #1896, Police Officer; and KEVIN CHECKSFIELD, #1898, Police Officer;<br><br>   Defendants. | 8:20CV405<br><br>ORDER |

  Counsel for the defendants did not attend the telephonic conference scheduled for today at 8:30 a.m., and counsel has not called or otherwise contacted my chambers to explain his absence.

  Accordingly,

  IT IS ORDERED that the discovery conference requested by Plaintiff is re-scheduled. It will be held on March 9, 2021 at 1:30 p.m. by telephone before the undersigned magistrate judge. The parties shall use the conferencing instructions assigned to this case to participate.

  Dated this 8th day of March, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge