IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD A. DEVANCE,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF OMAHA, TODD SCHMADERER, Chief of Police; SEAN GARDNER, #1896, Police Officer; and KEVIN CHECKSFIELD, #1898, Police Officer;<br><br>        Defendants. | **8:20CV405**<br><br>**JUDGMENT** |

This matter is dismissed with prejudice for the reasons discussed in the Memorandum and Order entered on this date.

Dated this 8th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge